UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEPHANIE FALZONE,**

    **Plaintiff(s),**

**v.**                                    **CASE NO: 8:05-CV-928-T-30EAJ**

**SOCIAL SECURITY ADMINISTRATION,**

    **Defendant(s).**
_____/

### ORDER OF DISMISSAL

An Order to Show Cause (Dkt. #4) was entered in this case on September 26, 2005, regarding Plaintiff's failure to effectuate service on the Defendant. Plaintiff filed a letter response (Dkt. #5) to the Order on October 12, 2005, citing medical difficulties, but failing to show good cause why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P. It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed without prejudice.

    2)    All pending motions are denied as moot.

    3)    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on October 14, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO:**
Counsel/Parties of Record

*F:\Docs\2005\05-cv-928.dismissal.wpd*